UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DEVIN CUMMINGS § | |
| § | |
| v. § | CIVIL CASE NO. 4:20-CV-207-SDJ |
| § | |
| OFFICER WEBB, ET AL. § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 22, 2020, the Report of the Magistrate Judge, (Dkt. #31), was entered containing proposed findings of fact and recommendations that the Court: stay and administratively close this civil case until Plaintiff Devin Cummings's underlying criminal proceedings in state court for resisting arrest and possession of marijuana are complete; instruct Plaintiff Devin Cummings to file a notice with the Court every six months; and deny as moot without prejudice to refiling the pending Motions to Dismiss. (Dkts. #14, #17). Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the Motions to Dismiss, (Dkts. #14, #17), are **DENIED as moot** without prejudice to refiling following any reinstatement of this case.

- 2 -

It is further **ORDERED** this case is **STAYED** and **ADMINISTRATIVELY CLOSED** until Plaintiff Devin Cummings's underlying criminal proceedings in state court for resisting arrest and possession of marijuana are complete.

It is further **ORDERED** that Plaintiff Devin Cummings shall file a notice with the Court every six months regarding the status of the underlying criminal proceedings.

It is finally **ORDERED** that Plaintiff Devin Cummings shall file a "motion to reinstate" this case within thirty days from the date the underlying criminal proceedings are complete.

**So ORDERED and SIGNED this 10th day of February, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE